

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00578-CR

Juan **ESCALANTE-AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-01-00005-CRK
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 3, 2021.

_____
Lori I. Valenzuela, Justice